UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

WALTER GORE,

          Petitioner,

vs.                                        Case No. 3:05-cv-1121-J-20MCR

STATE OF FLORIDA,

          Respondent.

### ORDER OF DISMISSAL WITHOUT PREJUDICE

On November 3, 2005, the Court ordered Petitioner to file an amended petition and to pay a $4.00 partial filing fee. Further, the Court notified Petitioner that failure to do so within thirty days of the order would result in the dismissal of this action without further notice. As of the date of this Order, there has been no response from Petitioner.

Therefore, it is now

**ADJUDGED:**

1. This case is **DISMISSED** without prejudice.

2. The Clerk of the Court shall enter judgment dismissing this case without prejudice and close this case.

**DONE AND ORDERED** at Jacksonville, Florida, this ____ day of December, 2005.

                                                  UNITED STATES DISTRICT JUDGE

ps 12/9
c:
Walter Gore